1  Lamar Newson
   415 Violet Rd, Hercules, Cal. 94547

   FILED
   2014 FEB -3 P 1:34

   United States District Court Northern California

| | |
|---|---|
| Lamar Newson, | ) Case No.: No.C13-05199 SI |
| Plaintiff, | ) Request extension for time |
| vs. | ) ADR phone Conference, and request |
| United Parcel Service, | ) Extension of time for Management |
| Defendant | ) Conference |

Dated this 3 day of Feb, 2014

Lamar Newson
415 Violet rd.
Hercules Ca, 94547

Hi I would like to request extension for ADR and Management Conference, have not heard from UPS counsel, to arrange ADR contact. I was contact by United Parcel Service Human Resource Manager George Thompson, 1/30/2013 but was unable to reach an agreement to return to work. An was notified I will be contacted by Attorney for UPS attorney

The initial case management conference is continued to Friday, April 18, 2014, at 2:30 p.m.

IT IS SO ORDERED
Judge Susan Illston

[Pleading title summary] - 1