UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR NEWSON,<br>　　　　Plaintiff(s),<br><br>　　vs.<br><br>UNITED PARCEL SERVICE<br>　　　　Defendant(s). | ) <br>) <br>) Case Number: 13-5199 SI<br>) <br>) ORDER APPOINTING COUNSEL<br>) <br>) <br>) <br>) |

　　　　Because the plaintiff has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Harmeet K. Dhillon and John-Paul S. Deol are hereby appointed as counsel for Lamar Newson in this matter.

　　　　The scope of this referral shall be for:

　　　　☐　all purposes for the duration of the case

　　　　☐　the limited purpose of representing the litigant in the course of

　　　　　　☐　mediation

　　　　　　☐　early neutral evaluation

　　　　　　☒　settlement conference

　　　　　　☐　briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
　　　　　　_____

　　　　　　☐　discovery as follows:
　　　　　　_____
　　　　　　_____

　　　　　　☐　other:
　　　　　　_____
　　　　　　_____

　　　　All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

　　　　IT IS SO ORDERED.

Dated: 4/28/14　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case 3:13-cv-05199-SI   Document 26   Filed 04/28/14   Page 2 of 2

EXHIBIT D TO FEDERAL PRO BONO PROJECT GUIDELINES